jesussablanind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

AUG 08 2007

**JEANNE G. QUINATA**
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00072 |
| Plaintiff, | **INDICTMENT** |
| vs. | **HOBBS ACT ROBBERY**<br>[18 U.S.C. §§ 1951(a) & 2]<br>(Count I)<br>**USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE**<br>[18 U.S.C. §§ 924(c)(1)(A)(ii) & 2]<br>(Count II) |
| JESUS TAITANO SABLAN, | |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT I - HOBBS ACT ROBBERY

1. At all times material to this Indictment, Besta Market, District of Guam, was engaged in the business of selling retail and commercial items. Besta Market's store operations affected interstate and foreign commerce.

2. On or about October 31, 2006, in the District of Guam, JESUS TAITANO SABLAN, the defendant, unlawfully, wilfully and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by unlawfully taking and obtaining personal property and property in the custody and possession of Song Perez, a cashier and employee of Besta Mart, against that person's will, by means of actual and threatened force, and violence, and fear of injury, immediate or future, to that person and that person's property, and

-1-

property in that person's custody and possession, and thereby obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), all in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT II - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

3. The Grand Jury realleges, adopts, and incorporates by reference herein, the allegations contained in paragraphs 1 and 2 as if fully set forth herein.

4. On or about October 31, 2006, in the District of Guam, JESUS TAITANO SABLAN, the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count One of this Indictment, used and carried a firearm, and in furtherance of such crimes, possessed such firearm, and brandished such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

DATED this _8th_ day of August, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

07-00072

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No _X_**    **Matter to be sealed: _____ Yes _x_ No**

Defendant Name     __JESUS TAITANO SABLAN__

Alias Name     _____

Address     _____

           __Dededo, Guam__

Birthdate __Xx/xx/1987__ SS# __xxx-xx-4246__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED AUG -8 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __2__     ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951(a) & 2 | Hobbs Act Robbery | 1 |
| Set 2 | 18 USC 924(c)(1)(A)(ii) & 2 | Using and Carrying a Firearm During a Crime of Violence | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/7/07__     Signature of AUSA: _____