LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00072 |
| Plaintiff, | |
| vs. | **ORDER SEALING RECORD** |
| JESUS TAITANO SABLAN, | |
| Defendant. | |

Through an application to seal record having come before the Court, and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record herein be sealed *nunc pro tunc* to August 8, 2007, until further order of the Court.

Dated: August 13, 2007

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge