# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00072                                    DATE: August 17, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 4:17:58 - 4:29:39 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jesus Taitano Sablan | Attorney: John Gorman |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Hong Nguyen, ATF |
| U.S. Probation: Maria Cruz | U.S. Marshal: T. Muna / G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>October 17, 2007 at 9:30 A.M.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>
- Detention hearing requested by <u>Defendant</u> is set for <u>August 22, 2007 at 9:30 A.M.</u>

NOTES: