

**FILED**
DISTRICT COURT OF GUAM
AUG 1 7 2007
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **07-00072** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JESUS TAITANO SABLAN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 17th day of August, 2007.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**