≈AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Guam

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| JESUS TAITANO SABLAN | Case Number: CR-07-00072 |

**FILED**
**DISTRICT COURT OF GUAM**

AUG 20 2007

**JEANNE G. QUINATA**
**Clerk of Court**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jesus Taitano Sablan _____
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

**RECEIVED**

AUG 09 2007

**US MARSHALS SERVICE-GUAM**

Count I - Hobbs Act Robbery, 18 U.S.C. §§1951(a) & 2
Count II - Using and Carring a Firearm During a Crime of Violence, 18 U.S.C. §§924(c)(1)(A)(ii) & 2

in violation of Title _____ United States Code, Section(s) _____

| Walter M. Tenorio | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 8/8/2007          Hagatna, Guam |
| Title of Issuing Officer | Date               Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

10125 Swamp RD - Dededo, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/9/07 | | |
| DATE OF ARREST | TFO C.J. NESMITH #483 | Carl J. Nesmith |
| 8/17/07 | | |

**ORIGINAL**