# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00072  DATE: August 22, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present  Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos  Electronically Recorded: 9:36:12 - 10:23:22
CSO: B. Benavente

**APPEARANCES:**

Defendant: Jesus Taitano Sablan  Attorney: Richard Arens
    Present   Custody   Bond   P.R.      Present   Retained   FPD   CJA

U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Hoang Nguyen, A.T.F.
U.S. Probation: Maria Cruz  U.S. Marshal: T. Muna
Interpreter:  Language:

**PROCEEDINGS: Detention Hearing**

- Defense argued for release of defendant.
- Release of defendant was denied.
- Defense's oral motion to set further proceedings hearing regarding production of discovery material was granted.
- Further Proceedings set for: September 12, 2007 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: