# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00072-001            DATE: September 12, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Peter Santos |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 8:53:10 - 9:15:37 |
| CSO: N. Edrosa | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jesus Taitano Sablan | Attorney: Richard Arens |
|    Present   Custody   Bond   P.R. |    Present   Retained   FPD   CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Hoang Nguyen, A.T.F. |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan / G. Perez / R. Manglona |
| Interpreter: | Language: |

**PROCEEDINGS: Further Proceedings**

- Government provided status regarding discovery information.
- Mr. Arens advised the Court that he will file a Motion to Compel.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: