JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
JESUS TAITANO SABLAN

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00072 |
| | ) | |
| Plaintiff, | ) | ORDER re: SETTING HEARING ON |
| | ) | MOTION AND CONTINUING TRIAL |
| vs. | ) | DATE |
| | ) | |
| JESUS TAITANO SABLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

As a result of the Motion to Dismiss filed by the Defendant on October 3, 2007, the court will vacate the jury trial scheduled to begin on October 17, 2007, and will instead hold a hearing on the Motion to Dismiss on October 23, 2007 at 10:30 a.m.



**/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Oct 10, 2007**