

**FILED**
DISTRICT COURT OF GUAM

OCT 1 1 2007

JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00072 |
| Plaintiff, | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| vs. | |
| JESUS TAITANO SABLAN, | |
| Defendant. | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the motion hearing in the above referenced matter on October 23, 2007.

RESPECTFULLY SUBMITTED this 11th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant United States Attorney