LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>07-00072</u> |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | **Re: Government's Request for** |
| | ) | **Use of Court's Equipment** |
| JESUS TAITANO SABLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Government's Request for Use of the Court's Equipment is **APPROVED AND SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Oct 15, 2007**