# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

## NOTICE

V.

Jesus Taitano Sablan   CASE NUMBER:   CR-07-00072-001

TYPE OF CASE:

☐ **CIVIL**    X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Motion to Dismiss**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Tuesday, October 23, 2007 at 10:30 a.m.** | **Tuesday, October 30, 2007 at 9:30 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 22, 2007**          /s/ Leilani R. Toves Hernandez
DATE                                 (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service