# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00072  DATE: November 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 11:07:40 - 11:54:25
                                                                  1:47:06 - 2:54:00
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Jesus Taitano Sablan    Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas    U.S. Agent:
U.S. Probation: None Present    U.S. Marshal: D. Punzalan / V. Roman
Interpreter:    Language:

**PROCEEDINGS: Motion to Dismiss**
- Motion to Dismiss Indictment Based on Doctrine of Collateral Estoppel <u>Under advisement</u>.
- Mr. Greg Helm assisted Ms. San Nicolas at counsel table.
- Exhibits marked and admitted - see attached Exhibit List, AO Form 187 (and 187a, when applicable).
- Defendant to remain in custody.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

V.

Jesus Taitano Sablan

**EXHIBIT AND WITNESS LIST**

Case Number:   CR-07-00072

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWWOD** | | | | PLAINTIFF'S ATTORNEY<br>**ROSETTA SAN NICOLAS** | | DEFENDANT'S ATTORNEY<br>**RICHARD ARENS** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**NOVEMBER 13, 2007** | | | | COURT REPORTER<br>**WANDA MILES** | | COURTROOM DEPUTY<br>**VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 8 |  | 11/13/07 | 11/13/07 |  | Copy of Digital Audio Recording of Superior Court Case No. CF0055-07 |
|  | 9 |  | 11/13/07 | 11/13/07 |  | Magistrate Complaint |
| 5 |  |  | 11/13/07 |  |  | Magistrate Complaint (Government's Opposition filed 10/3/2007) |
|  |  | E | 11/13/07 | 11/13/07 |  | Office of the Attorney General Police Report |
| 5 |  |  | 11/13/07 | 11/13/07 |  | Affidavit of Probable Cause (Government's Opposition filed 10/3/2007) |
| 4 |  |  | 11/13/07 | 11/13/07 |  | Indictment (Government's Opposition filed 10/3/2007) |

Page -1-

Case 1:07-cr-00072    Document 23    Filed 11/13/2007    Page 2 of 2