# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00072　　　　　　　　　　DATE: January 17, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 1:06:23 - 1:15:18
　　　　　　　　　　Carmen B. Santos
CSO: B. Benavente

**APPEARANCES:**

Defendant: Jesus Taitano Sablan　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent: Hoang M. Nguyen
U.S. Probation: None Present　　　　　　U.S. Marshal: T. Muna/V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**

- Defense counsel's oral motion to continue trial setting <u>granted</u>.
- Defense counsel notified the court of his intent to file a motion to stay trial pending interlocutory appeal.
- Court set the briefing schedule in anticipation of the filing of the motion to stay:
  Response due: <u>January 25, 2008</u>
  Reply due: <u>February 1, 2008</u>
  Hearing on Motion to Stay Pending Interlocutory Appeal set for: <u>February 11, 2008 at 10:00 a.m.</u>
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: The court found that the ends of justice are best served by continuing the setting of a trial date to allow counsel to file his motion to stay and outweighs the interest of the public and the defendant in a speedy trial.