JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
JESUS TAITANO SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07-00072 |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL |
| | ) | |
| vs. | ) | |
| | ) | |
| JESUS TAITANO SABLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant JESUS

TAITANO SABLAN, through counsel, Richard P. Arens, Assistant Federal Public Defender, hereby

appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying the

Motion to Dismiss Indictment based on double jeopardy/collateral estoppel entered by the

//

//

Honorable Frances Tydingco-Gatewood on January 14, 2008 .

DATED: Mongmong, Guam, January 18, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
JESUS TAITANO SABLAN

# CERTIFICATE OF SERVICE

I, RICHARD P. ARENS, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on January 18, 2008:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, January 18, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
JESUS TAITANO SABLAN