UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: <u>**USA vs Jesus Taitano**</u>
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-07-00072**
Date Complaint/Indictment/Petition Filed: **Indictment fld 8/8/2007**
Date Appealed order/judgment *entered*: **Order filed 1/14/2008 - EOD 1/14/2008**
Date NOA *filed*: **NOA fld 1/18/2008**
Date(s) of Indictment **8/8/2007** Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                        ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671)**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **N/A**              Date Docket Fee Billed:_____
Date FP granted:_____                 Date FP denied:_____
Is FP pending? yes ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes **X** no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                         Appellee Counsel:

**Richard P. Arens**                       **Rosetta San Nicolas**
**Assistant Federal Public Defender**      **Assistant U.S. Attorney**
**400 Route 8, Suite 501**                 **Suite 500, Sirena Plaza**
**Mongmong, Guam 96910**                   **108 Hernan Cortez Avenue**

☐ retained  ☐ CJA  **X** FPD  Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____              Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid                            9th Circuit Docket Number

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov



FILED
DISTRICT COURT OF GUAM
AUG 17 2007
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br>**JESUS TAITANO SABLAN,**<br><br>    Defendant. | Criminal Case No. 07-00072<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 17th day of August, 2007.

                                                       JOAQUIN V.E. MANIBUSAN, Magistrate Judge
                                                     U.S. DISTRICT COURT OF GUAM

**ORIGINAL**

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

November 9, 2007



FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

## INTERLOCUTORY APPEAL

OFFICE OF THE CLERK
U. S. Court of Appeals
 for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA 94119-3939

RE: **CRIMINAL CASE NO. 07-00072**
    **USA vs Jesus Taitano Sablan**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X) Certified copy of Notice of Appeal, **filed January 18, 2008**

(X) Certified copy of Order, **filed January 14, 2008**

(X) Certified copy of Docket Sheet

(X) Notice of Appeal Notification Form

(X) Order for Time Schedule

( ) Other

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Aldon
Deputy Clerk

Enclosure(s)
cc: Richard P. Arens     Rosetta San Nicolas