# TRANSCRIPT ORDER

AO435 (Rev. 1/90)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
FOR COURT USE ONLY
DUE DATE:

Read Instructions on Back.

| # | Field | Value |
|---|---|---|
| 1 | NAME | Richard P. Arens |
| 2 | PHONE NUMBER | (671) 472-7111 |
| 3 | DATE | January 18, 2008 |
| 4 | MAILING ADDRESS | First Hawaiian Bank Building; 400 Route 8, Suite 501 |
| 5 | CITY | Mongmong |
| 6 | STATE | Guam |
| 7 | ZIP CODE | 96910 |
| 8 | CASE NUMBER | CR-07-00072 |
| 9 | JUDICIAL OFFICIAL | Tydingco-Gatewood |
| 10 | FROM | |
| 11 | TO | |
| 12 | CASE NAME | USA vs JESUS TAITANO SABLAN |
| 13 | CITY | Hagatna |
| 14 | STATE | Guam |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) Hearing on Motion to Suppress | November 13, 2007 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

FILED
DISTRICT COURT OF GUAM
JAN 22 2008
JEANNE G. QUINATA
Clerk of Court

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Richard Arens
19. DATE: January 18, 2008

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | 1/22/08 | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

Case 1:07-cr-00072   Document 30   Filed 01/22/2008   Page 1 of 1

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY