JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JESUS TAITANO SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00072 |
|---|---|
| Plaintiff, | ) Order re: MOTION FOR STAY |
| vs. | ) PENDING APPEAL |
| JESUS TAITANO SABLAN, | ) |
| Defendant. | ) |

The Court having considered Defendant's Motion for Stay Pending Appeal filed on

January 18, 2008, and the Government's response thereto, and good cause appearing,

IT IS ORDERED THAT Defendant's Motion for Stay Pending Appeal is GRANTED.



/s/ **Frances M. Tydingco-Gatewood**
      **Chief Judge**
      **Dated: Feb 05, 2008**