UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:** **08-10045**

Short Case Title: **USA vs Jesus Taitano**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-07-00072**
Date Complaint/Indictment/Petition Filed: **Indictment fld 8/8/2007**
Date Appealed order/judgment *entered*: **Order filed 1/14/2008 - EOD 1/14/2008**
Date NOA *filed*: **NOA fld 1/18/2008**
Date(s) of Indictment **8/8/2007** Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)  ☐ denied in full (send record)
                         ☐ granted in part (attach order)  ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671)**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **N/A**                    Date Docket Fee Billed:_____
Date FP granted:_____                       Date FP denied:_____
Is FP pending? yes ☐ no                          Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes **X** no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                               Appellee Counsel:

**Richard P. Arens**                             **Rosetta San Nicolas**
**Assistant Federal Public Defender**            **Assistant U.S. Attorney**
**400 Route 8, Suite 501**                       **Suite 500, Sirena Plaza**
**Mongmong, Guam 96910**                         **108 Hernan Cortez Avenue**

☐ retained  ☐ CJA  **X** FPD  Pro Se  ☐ Other_____  *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____           Address:
Custody_____
Bail_____

RECEIVED
FEB 11 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid                                    9th Circuit Docket Number

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov