UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 25 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-10045 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-07-00072-FMT |
| v. | District of Guam, Agana |
| JESUS TAITANO SABLAN, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
MAR 0 3 2008
JEANNE G. QUINATA
Clerk of Court

The appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due March 24, 2008. The answering brief is due April 23, 2008. The optional reply brief is due 14 days after service of the answering brief. Court records do not currently reflect that the district court has issued the certificate of record. The appellant shall monitor the issuance of the certificate.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 2.18